

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2016

No. 04-16-00189-CV

Maryann **CASTRO**,
Appellant

v.

**MLB SUB I, LLC**,
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 4343
Honorable Lynn Ellison, Judge Presiding

## O R D E R

On July 1, 2016, after the trial court determined that Appellant is indigent but her appeal is frivolous, we advised Appellant she is not entitled to a free record on appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 13.003 (West 2002); *De La Vega v. Taco Cabana, Inc.*, 974 S.W.2d 152, 154 (Tex. App.—San Antonio 1998, no pet.). We noted Appellant had not filed either (1) written proof that the reporter's fee has been paid or (2) her brief.

We ordered Appellant to show cause in writing why this appeal should not be dismissed for want of prosecution and include a reasonable explanation for her failure to timely file the brief. *See id.* R. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.). We warned Appellant that if she failed to show cause as ordered, her appeal could be dismissed without further notice. *See* TEX. R. APP. P. 42.3(b), (c); *Elizondo*, 975 S.W.2d at 63.

On July 7, 2016, Appellant filed a two page letter response; it recites facts pertaining to the underlying suit and includes forty-two pages of attachments that are not identified as being excerpts from the clerk's record. Her response argues her appeal should not be dismissed, but it does not provide a reasonable explanation for her failure to timely file the brief or meet the requirements for an appellate brief. *See* TEX. R. APP. P. 38.1.

We ORDER Appellant to file her brief within FIFTEEN DAYS of the date of this order. The brief must fully comply with the Texas Rules of Appellate Procedure. *See, e.g.*, TEX. R. APP. P. 9.4, 9.5, 38.1.

If Appellant's brief does not comply with this order, we "may strike the brief, prohibit [Appellant] from filing another, and proceed as if [Appellant] had failed to file a brief." *See id.* R. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss an appeal if an appellant fails to timely file a brief).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2016.

Keith E. Hottle
Clerk of Court